**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY GEORGIA**

| | | |
|---|---|---|
| CHARLES JONES, | : | |
| Plaintiff | : | |
| v. | : | 1:05-CV-163 (WLS) |
| FREDRICK HEAD, et. al., | : | |
| Defendants | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge filed on February 9, 2006. (Doc. 5). It is recommended that Plaintiff's claims against Defendant Fredrick Head be dismissed, that dismissal is appropriate as to Defendant Andy O'Neal prior to ordering service upon him, and that Plaintiff's claims against Defendant Downnie Jenkins be permitted to continue. *Id*. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 5) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's claims against Defendant Fredrick Head (Doc. 1) are **DISMISSED**; Plaintiff's claims against Defendant Andy O'Neal (Doc. 1), such as they may exist, are **DISMISSED**; and Plaintiff's claims against Defendant Downnie Jenkins (Doc. 1) are **PERMITTED** to continue.

**SO ORDERED**, this    19th    day of May, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　 /s/W. Louis Sands
　　　　　　　　　　　　　　　　　　　　　　　　**W. LOUIS SANDS, CHIEF JUDGE**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**