**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

CHARLES JONES, :
:
    Plaintiff, :
:
v. : 1:05-CV-163 (WLS)
:
FREDRICK HEAD, ET. AL., :
:
:
    Defendants. :
:

## O R D E R

    Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 24), filed August 30, 2007. It is recommended that Defendant Jenkins' motion for summary judgment (Doc. No. 14) be granted. Plaintiff has not filed a timely objection.

    Upon full consideration of the record, the Court finds that said Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendant Jenkins' motion for summary judgment (Doc. No. 14) is **GRANTED.**

    SO ORDERED, this  25th  day of September, 2007.

                                                 /s/W. Louis Sands
                                             **W. Louis Sands, Judge
                                             United States District Court**